IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RACHEL BAKER            PLAINTIFF

v.        CIVIL NO. 11-3011

FEDEX FREIGHT, INC. SHORT TERM
DISABILITY PLAN; and
LIFE INSURANCE CO. OF NORTH AMERICA        DEFENDANTS

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 8th day of February 2011:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is directed to file the complaint *nunc pro tunc* as of February 7, 2011. Additionally, the court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendants, without prepayment of fees and costs.

IT IS SO ORDERED.

/s/ Marschewski
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)